**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMERICAN OVERSIGHT, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) Case No. 17-920 (DLF) |
| | ) |
| U.S. DEPARTMENT OF COMMERCE, *et al.*, | ) |
| | ) |
| *Defendants.* | ) |
| | ) |

## JOINT STATUS REPORT

1.      On August 29, 2018, the Court "ordered that the parties shall meet and confer and file another joint status report on or before October 1, 2018."  Minute Order, Aug. 31, 2018. In accordance with the Court's order, the parties have conferred and respectfully submit this joint status report.

2.      American Oversight's Freedom of Information Act request in this case seeks production of the following:

1)      All emails or text messages regarding agency business, whether conducted on government or personal accounts, between [Ivanka] Trump—or anyone acting on behalf of Ms. Trump, such as an assistant or scheduler—and the individuals below, or anyone acting on behalf of the individuals below:

   a)      Any non-career member of the Senior Executive Service (SES) in the Office of the Secretary, or career employee detailed to a position eligible to be filled by a non-career member of the SES.

   b)      Any Schedule C employee in the Office of the Secretary.

   c)      Any employee appointed by the President, with or without Senate confirmation (PAS and PA).

   d)      Any employee serving in an "Acting" PAS or PA capacity.

2)      All calendar entries reflecting meetings between Ms. Trump and the individuals below, or anyone acting on behalf of the individuals below:

    a)      Any non-career member of the Senior Executive Service (SES) in the Office of the Secretary, or career employee detailed to a position eligible to be filled by a non-career member of the SES.

    b)      Any Schedule C employee in the Office of the Secretary.

    c)      Any employee appointed by the President, with or without Senate confirmation (PAS and PA).

    d)      Any employee serving in an "Acting" PAS or PA capacity.

Compl. ¶ 35.

3.      The parties remain engaged in discussions related to the searches conducted by Defendants and the exemptions claimed by Defendants with respect to redacted or withheld documents, in an effort to try and resolve these issues without further litigation.

5.      Defendant United States Department of Education ("Education") provided a supplemental draft *Vaughn* index on July 13, 2018, and on August 16, 2018. Education also made supplemental productions on August 16 and 22, 2018, as well as September 27, 2018. The parties are working together to resolve the open issues.

6.      The parties respectfully propose to that on or before October 31, 2018, they will meet and confer and file a joint status report regarding whether the parties are still conferring on open issues or whether the parties believe that further briefing is necessary in this case and, if so, proposing a briefing schedule.

Dated:  October 1, 2018

*/s/ Cerissa Cafasso*
Cerissa Cafasso
D.C. Bar No. 1011003

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5244
cerissa.cafasso@americanoversight.org

*Counsel for Plaintiff*

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*/s/ Daniel Riess*
DANIEL RIESS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.

Washington, D.C.  20530
Tel: 202-353-3098
Daniel.Riess@usdoj.gov

*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 1, 2018, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which sent notice of such filing to all parties.


 /s/ *Cerissa Cafasso*
CERISSA CAFASSO